IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MARGUERITE LATETE
KILPATRICK

Case No. 3:25-cv-71

JUDGE WALTER H. RICE

---

ORDER DISMISSING BANKRUPTCY APPEAL FOR WANT OF PROSECUTION FILED BY MARGUERITE LATETE KILPATRICK; TERMINATION ENTRY

---

On March 11, 2025, Appellant Marguerite Latete Kilpatrick ("Appellant") filed a Notice of Appeal from Bankruptcy Court. Doc. #1. The Bankruptcy Court Clerk's Certification of Record on Appeal was filed April 25, 2025. Doc. #2. Thereafter, Appellant's opening brief was due to be filed with this Court by May 27, 2025. *Id.* This Court issued an Order on July 2, 2025, directing Appellant to show cause within fourteen (14) days why this case should not be dismissed for want of prosecution. Doc. #3.

To date, Appellant has failed to show cause, file an opening brief, or otherwise prosecute this action in any manner. For this reason, the Court DISMISSES WITHOUT PREJUDICE the Appeal filed by Marguerite Latete Kilpatrick.

Petitioner may file a subsequent appeal should it be permitted by the applicable statutory time limits for filing such an appeal.

The above captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: 7/23/2025

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE